**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10133 |
| Plaintiff - Appellee, | D.C. No. 2:14-cr-00164-DGC |
| v. | |
| MARCO ANTONIO OCHOA-GONZALEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David G. Campbell, District Judge, Presiding

Submitted June 14, 2016[**]

Before:     BEA, WATFORD, and FRIEDLAND, Circuit Judges.

Marco Antonio Ochoa-Gonzalez appeals from the district court's judgment

and challenges his guilty-plea conviction and 70-month sentence for possession

with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1)

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

and (b)(1)(C).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Ochoa-Gonzalez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Ochoa-Gonzalez the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Ochoa-Gonzalez waived his right to appeal his conviction and sentence.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver.  *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).  We accordingly dismiss the appeal.  *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**